UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| **MICHAEL C. LEADBETTER, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | CAUSE NO.  1:06-CV-285 |
| ) | |
| **CITY OF FORT WAYNE, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## OPINION AND ORDER

Before the Court is a Motion for the Requisition of an Accurate Copy of the Constitution of the United States of America (Docket # 57) filed by *pro se* Plaintiff JoEllen Teusch, who is proceeding *in forma pauperis*, requesting that Plaintiffs be provided with a "modern and certified copy of the Constitution of the United States of America . . . and any amendments or changes to the Federal Rules of Civil Procedure since April 15th, 2006." (Mot. for the Requisition of an Accurate Copy of the Constitution of the United States of America at 3.)  Teusch asserts that she has "not been able to find a literally consistent copy of the Constitution" through her internet searches, which she contends has hindered her ability to prosecute her case.  Apparently, Teusch is asking the Court to copy and provide her with a copy of the United States Constitution and the Federal Rules of Civil Procedure.

However, the general rule is that indigent litigants, that is, those proceeding *in forma pauperis* under 28 U.S.C. § 1915, bear their own litigation costs, at least initially. *Tabron v. Grace*, 6 F.3d 147, 159-60 (3rd. Cir. 1993); *see generally Smith v. Campagna*, No. 94 C 7628, 1996 WL 364770, at *1 (N.D. Ill. June 26, 1996) ("[T]his court has no authority to finance or

pay for a party's discovery expenses even though the party has been granted leave to proceed *in forma pauperis* under 28 U.S.C. § 1915(a)."); *Reed v. Pearson*, Civ. S85-100, 1989 WL 516266, at *1 (N.D. Ind. Aug. 22, 1989).  Therefore, the Court has no duty to provide Plaintiffs, who are not incarcerated and apparently have access to the internet and public libraries, with copies of any of the requested documents and thus will DENY Teusch's request.  Moreover, on this Court's website http://www.innd.uscourts.gov, a link exists to the Library of the U.S. Courts of the Seventh Circuit, which contains myriad legal resources, including the Constitution of the United States and the Federal Rules of Civil Procedure.

Therefore, Teusch's Motion for the Requisition of an Accurate Copy of the Constitution of the United States of America (Docket # 57) is hereby DENIED.

SO ORDERED.

Entered this 2nd day of August, 2007.

/S/ Roger B. Cosbey
Roger B. Cosbey,
United States Magistrate Judge

2